Certificate Number: 01401-NYS-DE-000133449

Bankruptcy Case Number: 06-22011

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 7, 2006, Lisa Campos completed a course on personal financial management given by GreenPath Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: March 7, 2006

By    /s/Holli Bratt for Jacque Noe

Name    Jacque Noe

Title    Credit Counselor