UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────X

In Re:                                                              **CHAPTER** 7
Lisa Campos                                          **CASE NO.**: 06−22011−ash

Debtor(s)
──────────────────────────────X

## AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE

      It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on May 5, 2006 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

      **ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on May 5, 2006 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: August 29, 2017
      White Plains , New York                                                            /s/ Cecelia G. Morris
                                                                                          Hon. Cecelia G. Morris
                                                                                          Chief U.S. Bankrupty Judge

      *Inquiries concerning this order may be directed to the Clerk's Office, at 914−467−7250.

```
                       United States Bankruptcy Court
                        Southern District of New York
```

In re:                                                Case No. 06-22011-ash
Lisa Campos                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0208-7          User: admin              Page 1 of 2              Date Rcvd: Aug 29, 2017
                              Form ID: 155amend        Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
```
db           +Lisa Campos,    43 Nelson Avenue,    Harrison, NY 10528-3221
smg          +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          +United States Attorney's Office,    Southern District of New York,
               Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
4159606      +AFS Assig-9909577,   C/O Arrow Services,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
4159607       AT&T Consumer Service,    AT&T Credit Managment,    P.O. Box 57907,    Murray, UT  84157
4159608       Bank Of America,    C/O NCO Fin/27,    P.O. Box 7216,    Philadelphia, PA  19101
4159609      +Best Investments,    C/O Investment Recovery Servic,    2214 E. Fairview,
               Johnson City, TN 37601-2860
4159610      +Brylane Home Deferred,    C/O Statewide Credit Associate,    101 W. Ohio Street, Ste.2150,
               Indianapolis, IN 46204-4205
4159611      +Butler Disposal Systems,    C/O Medical Recovery Service,    1217 Milton Avenue,
               Syracuse, NY 13204-1056
4159612      +Capital 1 Bank,    11013 W Broad Street,    Glenn Allen, VA 23060-6017
4159613      +Direct TV,    C/O Allied Interstate,    P.O. Box 2455,    Chandler, AZ 85244-2455
4159614      +Direct TV,    C/O Allied Interstate Inc.,    435 Ford Road, Ste 800,    Minneapolis, MN 55426-1066
4159616      +Fingerhut,    C/O Islnatlgp,    6851 Jericho Turnpike, #180,    Syosset, NY 11791-4421
4159617      +La Redoute Deferred,    C/O Statewide Credit Associate,    101 W. Ohio Street, Ste.2150,
               Indianapolis, IN 46204-4205
4159619      +Medical,    C/O Independent Recovery,    24 Railroad Avenue,    Patchogue, NY 11772-3518
4159618      +Medical,    C/O ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4975
4159621      +Medical Payment Data,    C/O Independent Recovery,    24 Railroad Avenue,
               Patchogue, NY 11772-3518
4159620      +Medical Payment Data,    C/O Bureau Of Account,    P.O. Box 538,    Howell, NJ 07731-0538
4159622       NYSEG,    C/O NCO Fin/99,    P.O. Box 41466,    Philadelphia, PA  19101
4159623      +Office Student Finance AST/FL,    P.O. Box 7019,    Tallahassee, FL 32314-7019
4159624      +Shell Credit Card Center,    C/O Unifund Co.,    10751 Montgomery Road,
               Cincinnati, OH 45242-3256
4159626      +TDS Telecom,    C/O Omnium Worldwide Inc.,    7171 Mercy Road,    Omaha, NE 68106-2620
4159627     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp,    90 Chrystal Run Road,
               Middletown, NY  10940)
4159628      +United Cash,    C/O Certified Recovery,    10190 Old Katy Road, #440,    Houston, TX 77043-5297
4159629      +Verizon West South,    C/O Collection,    700 Longwater Drive,    Norwell, MA 02061-1796
4159630      +Washington Mutual Consumer 2nd,    C/O ER Solutions,    800 SW 39th Street,
               Renton, WA 98057-4975
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Aug 29 2017 23:51:27
               New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
               Albany, NY  12205-0300
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 29 2017 23:49:06     United States Trustee,
               Office of the United States Trustee,    U.S. Federal Office Building,
               201 Varick Street, Room 1006,    New York, NY 10014-9449
4159615       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 23:50:05      Fingerhut,
               P.O. Box 53 Mcleland Road,    St. Cloud, MN  56395
4159625      +E-mail/Text: bk@concordservicing.com Aug 29 2017 23:49:06      Summer Bay Resorts,
               C/O Concord Services,    4725 N. Scottsdale Road,    Scottsdale, AZ 85251-7607
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4159605         Campos, Lisa
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0208-7          User: admin              Page 2 of 2              Date Rcvd: Aug 29, 2017
                              Form ID: 155amend        Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
              Donald H. London    on behalf of Debtor Lisa  Campos londonlaw@verizon.net,    londonlaw@verizon.net
              Mark S. Tulis    mtulis.trustee@gmail.com,   NY47@ecfcbis.com;ppucci@tuliswilkeslaw.com
                                                                                                   TOTAL: 2
```